1  EILEEN M. DECKER
United States Attorney
2  DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6      Social Security Administration
7      160 Spear St., Suite 800
San Francisco, CA 94105
8      Telephone: (415) 977-8962
9      Facsimile: (415) 744-0134
Email: Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EMMA ALVARADO RIVERA, | ) No. 2:15-cv-07170-AGR |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

1  above-captioned action is remanded to the Commissioner of Social Security for
2  further proceedings consistent with the Stipulation.
3
4
5  DATED:  March 17, 2016
6                                                                           _____
                                                                             HON. ALICIA G. ROSENBERG
7                                                                            UNITED STATES MAGISTRATE JUDGE